# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00105-CV

### In re J. E. Dunn Construction Company

---

### ORIGINAL PROCEEDING FROM COMAL COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relator J.E. Dunn Construction Company and real party in interest Eden Home, Inc. d/b/a Eden Hill Communities have filed a joint motion to dismiss this mandamus proceeding, informing the Court that they have reached a settlement in the underlying proceeding that disposes of all claims and issues in the underlying suit. Accordingly, we grant the joint motion and dismiss the petition for writ of mandamus.

_____

Michael Toth, Justice

Before Chief Justice Rose, Justices Field and Toth

Filed: December 14, 2018